01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )     Case No. CR06-26-RSL-JPD
                                    )
        v.                          )
                                    )
MERHAWI HAILE,                      )     DETENTION ORDER
                                    )
                Defendant.          )
_____     )

Offenses charged:

        Count 1:  Conspiracy to Distribute Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1),

and 841(b)(1)(A), and 846.

        Count 32:  Possession of Cocaine Base With Intent to Distribute in violation of 21 U.S.C.

§§ 841(a)(1) and 841(b)(1)(C).

Date of Detention Hearing:   February 22, 2006.

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

the following:

DETENTION ORDER                                                      15.13
18 U.S.C. § 3142(i)                                                  Rev. 1/91
PAGE 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)     Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges.

(2)     Defendant has a past history of a significant number of failures to appear.

(3)     Defendant has a lengthy, prior, criminal-offense background history.

(4)     The Assistant United States Attorney proffered that defendant made an attempt to escape while being arrested on the instant charge.

(5)     Defendant's background check reveals a prior revocation of probation supervision.

(6)     It is alleged that defendant is associated with the East African Posse street gang, which is reported to be involved heavily in criminal activity, including violent activity, and possession of firearms.  This is part of the conspiracy charge in the first count of the indictment.

(7)     Defendant has potential substance-abuse issues.

(8)     There are no conditions or combination of conditions that will reasonably assure the appearance of defendant as required, or the safety of the community

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

01    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

02    counsel for the defendant, to the United States Marshal, and to the United States

03    Pretrial Services Officer.

04    DATED this 23rd day of February, 2006.

05

06                   *James P. Donohue*

07                   JAMES P. DONOHUE
                   United States Magistrate Judge

DETENTION ORDER                                    15.13
18 U.S.C. § 3142(i)                                  Rev. 1/91
PAGE 3