UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

v.

MERHAWI HAGOS HAILE,

                Defendant.

Case No. CR06-26-RSL

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on November 28, 2011. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Andrew Friedman, and defendant was represented by Lee A. Covell. Also present was U.S. Probation Officer Leona Nguyen. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on September 6, 2006, by the Honorable Robert S. Lasnik for Conspiracy to Distribute Cocaine Base. He received 84 months of detention and 5 years of supervised release. On April 8, 2008, his sentence was reduced to 68 months. Additionally, 5 years of supervised release was imposed with all the standard conditions and the following special conditions: 1) drug aftercare; 2) search: 3) financial disclosure; 4) no association with any

known gang members; 5) mental health aftercare to include MRT; and 6) if deported, the defendant shall not enter the United States unless granted permission.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated August 11, 1011, U.S. Probation Officer Jennifer Tien alleged that defendant violated the following conditions of supervised release:

1. Failing to work at a lawful occupation since April 2011, in violation of standard condition number 5.

2. Failing to report a change in residence 10 days prior to any change, in violation of standard condition number 6.

3. Failing to report a change in employment 10 days prior to any change, in violation of standard condition number 6.

4. Failing to report to his probation officer on June 8, 2011, and June 9, 2011, in violation of standard condition number 2.

5. Failing to report to his probation officer on July 29, 2011, in violation of standard condition number 2.

6. Failing to provide a valid urine sample as instructed by stalling, on August 3, 2011, in violation of the special condition of drug testing.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted to violation number 3 and waived any hearing as to whether it occurred. Defendant denied violation allegations 1, 2, 4, 5, and 6. The matter is set for an evidentiary and disposition hearing on December 13, 2011 at 8:30 a.m. before District Judge Robert S. Lasnik

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the

conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 28th day of November, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 3