UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR06-026-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| MERHAWI HAGOS HAILE, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on December 14, 2011. The United States was represented by AUSA Andrew Friedman and the defendant by Lee Covell. The proceedings were digitally recorded.

Defendant had been sentenced on or about September 6, 2006 by the Honorable Robert S. Lasnik on a charge of Conspiracy to Distribute Cocaine Base, and sentenced to 84 months custody, five years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in drug treatment, abstain from alcohol, submit to search, participate in a mental health program, provide his probation officer with financial

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

information upon request, not associate with any known gang members, and, if deported, not enter the United States without permission. (Dkt. 211.)

The sentence was reduced to 68 months pursuant to 18 U.S.C. § 3582(c)(2) on April 7, 2008. (Dkt. 357.)

In an application dated August 11, 2011 (Dkt. 481, 482), U.S. Probation Officer Jennifer Tien alleged the following violations of the conditions of supervised release:

1. Failing to work at a lawful occupation since April 2011, in violation of standard condition number 5.

2. Failing to report a change in residence 10 days prior to any change, in violation of standard condition number 6.

3. Failing to report a change in employment 10 days prior to any change, in violation of standard condition number 6.

4. Failing to report to his probation officer on June 8, 2011, and June 9, 2011, in violation of standard condition number 2.

5. Failing to report to his probation officer on July 29, 2011, in violation of standard condition number 2.

6. Failing to provide a valid urine sample as instructed by stalling, on August 3, 2011, in violation of the special condition of drug testing.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant previously admitted violation 3. (Dkt. 502, 505.) On this date, defendant admitted violations 1, 4, 5, and 6 and waived any evidentiary hearing as to whether they occurred. The government moved to dismiss violation 2.

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1, 4, 5, and 6 (plus violation 3 as previously reported), that the Court dismiss violation 2, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained.

DATED this 14th day of December, 2011.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Andrew Friedman
Defendant's attorney: Lee Covell
Probation officer: Jennifer Tien